Evan R. Moses CA Bar No. 198099
evan.moses@ogletreedeakins.com
Christopher W. Decker CA Bar No. 229426
christopher.decker@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA 90071
Telephone:  213.239-9800
Facsimile:   213.239.9045

Patricia A. Matias CA Bar No. 254125
patricia.matias@ogeltreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
695 Town Center Drive, Suite 1500
Costa Mesa, CA 92626
Telephone:  714.800.7900
Facsimile:   714.754.1298

Attorneys for Defendant 20/20 COMMUNICATIONS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M'BILI LANGSTON, JUSTICE ANDERSON, DEVANTE BOWENS, BRANDON BROWER, ANNIE BURSON, LILLIAN CLARK, BOZENA GALICA, GREGG KOMMEL, DONALD MARTIN, JAKE ONA, ANDRE ORR, individually and on behalf of a class of similarly situated individuals, <br><br> Plaintiffs, <br><br> vs. <br><br> 20/20 COMPANIES, INC., 20/20 COMMUNICATIONS, INC., and DOES 1 to 100, <br><br> Defendants. | Case No. 5:14-CV-01360-JGB-SP <br><br> Assigned for all purposes to: <br><br> District Judge:  Jesus G. Bernal <br> Magistrate Judge:  Sheri Pym <br><br> **JOINT STATUS REPORT RE ARBITRATION** <br><br> Complaint Filed:  April 8, 2014 |

1    Plaintiffs M'bili Langston, Justice Andeson, Devante Bowens, Brandon
2  Brower, Annie Burson, Lillian Clark, Bozena Galica, Gregg Kommel, Donald
3  Martin, Jake Ona and Andre Orr ("Plaintiffs") and Defendant 20/20
4  Communications, Inc. ("Defendant"), through their respective counsel, hereby
5  submit their Joint Status Report Re Arbitration, pursuant to this Court's October 17,
6  2014 Order [dkt. # 30].
7    Since the issuance of the Order, counsel for the parties have been meeting and
8  conferring regarding a possible mediation to resolve Plaintiffs' claims against
9  Defendant.  To date, the parties have not agreed to attempt mediation, have not
10 selected a mediator, or discussed when a mediation might occur.  Defendant is
11 awaiting a monetary demand from each of Plaintiffs to determine whether there is a
12 reasonable likelihood that mediation would be successful.  Plaintiffs have agreed to
13 provide such a demand no later than December 19, 2015.  If the parties are unable to
14 agree to mediation at this juncture, Plaintiffs will initiate an arbitration of their
15 claims against Defendant.

16 DATED:  December 15, 2014    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

19                                 By:  /s/ Christopher W. Decker
                                        Evan R. Moses
                                        Christopher W. Decker
                                        Patricia A. Matias
                                        Attorneys for Defendant 20/20
                                        COMMUNICATIONS, INC.

22 DATED:  December 15, 2014    LAW OFFICE OF ROBERT STARR

                                  By:  /s/ Adam M. Rose
                                        Robert Starr, Esq.
                                        Adam M. Rose, Esq.
                                        Attorneys for Plaintiffs M'BILI
                                        LANGSTON, JUSTICE ANDERSON,
                                        DEVANTE BOWENS, BRANDON
                                        BROWER, ANNIE BURSON, LILLIAN
                                        CLARK, BOZENA GALICA, GREGG
                                        KOMMEL, DONALD MARTIN, JAKE
                                        ONA, and ANDRE ORR

19785231.1

19785231_1

1

Case No. 5:14-CV-01360-JGB-SP
JOINT STATUS REPORT RE ARBITRATION